# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**BELEN A. HOLBROOK, individually,**
**as Next Friend of A.H., a minor, and**
**as Personal Representative for**
**Wrongful Death claims,**

    Plaintiff,

v.                                                                     Case No. 2:20-cv-00092-SMV-GJF

**UNITED STATES of AMERICA,**

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon Plaintiff and Defendant's Joint Motion for Order of Dismissal with Prejudice, filed pursuant to Fed. R. Civ. P. 41(a), the Court having considered the Joint Motion and being advised that the claims that were or could have been brought by Plaintiff against Defendant in this action have been resolved, and being otherwise fully advised in the premises, finds that the Joint Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the above-captioned action and all of Plaintiff's claims against Defendant are dismissed with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

IT IS SO ORDERED.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

***/s/ Jamison Shekter***
Jamison Shekter
Randi McGinn
McGinn, Montoya, Love & Curry, P.A.
201 Broadway Blvd. SE
Albuquerque, NM 87102
(505) 843-6161
(505) 242-8227 (fax)
Randi@McGinnLaw.com
Jamison@McGinnLaw.com

-and-

Rachel Gilmer
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor
316 S. Baylen St., Suite 600
Pensacola, FL 32502
(850) 435-7159
(850) 436-6159 (fax)
rgilmer@levinlaw.com

*Attorneys for Plaintiff*

-and-

***/s/ Jennifer A. Maceda***
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Aviation, Space, and Admiralty Section
P.O. Box 14271
Washington, DC 20044-4271
Tel: (202) 616-4033
Fax: (202) 616-4002
jennifer.a.maceda@usdoj.gov

*Attorney for the United States*